MAGISTRATE JUDGE ARNOLD

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| UNITED STATES OF AMERICA, | ) | NO. CR05-5313 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE |
| JOSEPH VASQUEZ, | ) | |
| Defendant. | ) | |

The Court having considered the Stipulation executed by the parties pursuant to 18 U.S.C. § 3161(H)(8)(a) concerning a continuance of the trial date in this case, finds that continuing the trial date is necessary to allow defense counsel additional time to prepare and negotiate.

//
//
//
//   05-CR-05313-ORD
//
//

ORDER GRANTING STIPULATED
MOTION TO CONTINUE TRIAL DATE                    1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington 98402
(253) 593-6710

1  IT IS THEREFORE ORDERED that the trial in this case shall be continued
2  to September 26, 2005, and that the period of time from August 15, 2005, up to an
3  including September 30, 2005, shall be excludable time under 18 U.S.C. §
4  3161(h)(8)(A).

5  DONE this ___15___ day of August, 2005.

J. KELLEY ARNOLD
UNITED STATES MAGISTRATE JUDGE

Presented By:

/s/
Jerome Kuh
Attorney for Defendant

/s/
Capt. Dan Kuecker
Special Assistant United States Attorney

ORDER GRANTING STIPULATED
MOTION TO CONTINUE TRIAL DATE          2

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington 98402
(253) 593-6710